**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3545-18T2

ALLSTATE NEW JERSEY
INSURANCE COMPANY,

     Plaintiff-Appellant,

v.

EMOLO IMPORT AND EXPORT,
LTD.,

     Defendants-Respondents.

_____

          Submitted April 20, 2020 – Dismissed August 6, 2020

          Before Judges Ostrer and Susswein.

          On appeal from the Superior Court of New Jersey, Law Division, Passaic County, Docket No. L-1530-16.

          Sullivan and Graber, attorneys for appellant (Gordon S. Graber, of counsel and on the brief; Christine C. Ryan and Kelly A. Sherwood, on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-3545-18T2